PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Marquesas Jamar Evans**

**Docket No. 0:01CR00286-001(DSD)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Marquesas Jamar Evans** who was sentenced for Use of Threats or Physical Force to Influence Another to Delay or Prevent the Testimony in an Official Proceeding on October 6, 2000, by the Honorable Catherine D. Perry, sitting in the court at St. Louis, MO, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug and alcohol treatment program
Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On March 23, 2005, Mr. Evans was convicted of numerous traffic violations in Hennepin County District Court including No Driver's Licence in Possession, case number TX05016035; Driving After Suspension, case number TX05016034; and Failure to Produce Insurance, case number TX05003301. He has an additional Driving After Suspension proceeding pending in Hennepin County, case number TX05016032.

On April 25, 2005, Mr. Evans was charged in Ramsey County District Court with Disorderly Conduct, case number T005604053. According to reports, Mr. Evans and a friend became involved in a confrontation with two women at a Burger King restaurant. All four individuals were cited for Disorderly Conduct. Mr. Evans failed to notify the probation office of this offense.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
MAY 24 2005
U.S. DISTRICT COURT MPLS

The defendant shall participate in a home detention program which may include electronic monitoring until his discharge from supervised release on June 19, 2005. The defendant shall be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 23d day of May, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty

Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John G. Baskfield
U.S. Probation Officer

Executed on May 20, 2005

Place Minneapolis

c: United States Sentencing Commission