Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Marquesas Jamar Evans

Docket No. 0:01CR00286-001(DSD)

## HEARING WAIVER

I, Marquesas Jamar Evans, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a home detention program which may include electronic monitoring until June 19, 2005. The defendant shall be responsible for the costs of electronic monitoring.

Signed: [signature]
Marquesas Jamar Evans
Supervised Releasee

Witness: [signature]
John G. Baskfield
U.S. Probation Officer

Dated: 5-20-05

SCANNED
MAY 24 2005
U.S. DISTRICT COURT MPLS